IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| TELLUS FIT, LLC,<br><br>                              Plaintiff,<br>v.<br><br>EPSON AMERICA, INC.,<br><br>                             Defendant. | Case No. 6:16-cv-413-RWS<br><br>JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Motion to Dismiss With Prejudice of all claims asserted between Plaintiff Tellus Fit, LLC, and Defendant Epson America, Inc. in this case, and the Court being of the opinion that said Motion should be **GRANTED**, it is hereby

**ORDERED, ADJUDGED AND DECREED** that all claims asserted in this suit by Plaintiff, Tellus Fit, LLC, against Defendant Epson America, Inc. are hereby dismissed with prejudice.

It is further **ORDERED** that all attorneys' fees and costs are to be borne by the party that incurred them.

**SIGNED this 25th day of October, 2016.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE